# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

direct dial: 302.777.6523
direct fax: 302.397.2715
melletp@pepperlaw.com

January 23, 2006

<u>VIA HAND DELIVERY</u>
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801



FILED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re:    Nyselius v. Wyeth Pharm., Inc., et al.
             <u>D. Del., Civil Action No. 1:05-cv-00814-GMS</u>

Dear Judge Sleet:

      This office represents Defendants Wyeth Pharmaceuticals, Inc. and Metropolitan Life Insurance Company ("Defendants") in the above-captioned matter. Defendants have contemporaneously filed a Proposed Stipulated Order Extending Time To File Answer Or Other Responsive Pleading (the "Stipulation"), a copy of which is enclosed.

      The parties in this case have agreed to a sixty-day extension of time for Defendants to answer, plead or otherwise move in response to the Complaint filed on November 28, 2005. The extension requires Defendants to answer, plead or otherwise move no later than March 17, 2006. Defendants believe that an extension will permit the parties to more fully investigate the issues and to analyze the merits of any claims which may ultimately promote judicial economy and result in the reduction of litigation costs. To this end, Defendants respectfully request that the Court enter the Stipulation as an order of the Court.

Sincerely,

Phillip Mellet

PTM
cc:    Michael J. Goodrick, Esq.

WL: #182258 v1 (3WMQ01!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
|---|---|---|---|---|
| Berwyn | Cherry Hill | Harrisburg | Princeton | Tysons Corner | Wilmington |