IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER NYSELIUS, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 1:05-cv-00814-GMS |
| WYETH PHARMACEUTICALS, INC. and : | |
| METROPOLITAN LIFE INSURANCE COMPANY : | |
| Defendants. : | |

**PROPOSED STIPULATED ORDER EXTENDING
TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Plaintiff Jennifer Nyselius and Defendants Wyeth Pharmaceuticals, Inc. and Metropolitan Life Insurance Company hereby stipulate that the deadline by which Defendants must file an answer or other responsive pleading to the complaint filed by Plaintiff in this proceeding is hereby extended to and including March 17, 2006.

AGREED TO BY:

| | |
|---|---|
| MICHAEL J. GOODRICK, P.A. | PEPPER HAMILTON LLP |
| | |
| /s/ Michael J. Goodrick | /s/ Phillip Mellet |
| Michael J. Goodrick (DE No. 170) | Phillip Mellet (DE No. 4741) |
| 18-B Trolley Square | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19806 | 1313 Market Street |
| (302) 778-5360 | P.O. Box 1709 |
| | Wilmington, DE 19899-1709 |
| | (302) 777-6500 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| *Jennifer Nyselius* | *Wyeth Pharmaceuticals, Inc. and* |
| | *Metropolitan Life Insurance Company* |

**SO ORDERED** this _____ day of _____ 2006

_____
UNITED STATES DISTRICT JUDGE