IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER NYSELIUS, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 1:05-cv-00814-GMS |
| : | |
| WYETH PHARMACEUTICALS, INC. and : | |
| METROPOLITAN LIFE INSURANCE COMPANY : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Wyeth Pharmaceuticals, Inc. and Metropolitan Life Insurance Company, defendants in the above matter.

PEPPER HAMILTON LLP

/s/ Phillip Mellet
Phillip Mellet (DE No. 4741)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Defendants
Wyeth Pharmaceuticals, Inc. and
Metropolitan Life Insurance Company*

DATED: February 21, 2006