## **CERTIFICATE OF SERVICE**

      I, Phillip Mellet, hereby certify that on February 21, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM / ECF which will send notification of such filing to the following:

    Michael J. Goodrick  (DE No. 170)
    18-B Trolley Square
    Wilmington, DE 19806

                                  /s/ Phillip Mellet
                                Phillip Mellet (DE Bar #4741)