CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 24  PM 2:53

# Michael J. Goodrick

18-B Trolley Square
P.O. Box 134
Wilmington, DE 19899
mjgoodrick@del.net

Telephone (302) 778-5360
Facsimile (302) 778-5026

May 23, 2006

The Honorable Gregory M. Sleet
U.S. District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

**RE: NYSELIUS V. WYETH PHARMACEUTICALS ET AL.
C.A. No. 05-cv-814 (GMS)**

Dear Judge Sleet:

I am pleased to report to the Court that the parties have reached a settlement. We anticipate a filing of a Stipulation of Dismissal with Prejudice prior to June 9, 2006. Should the Court require further of us in the interim, we stand ready to respond in any way that we can.

Respectfully submitted,

Michael J. Goodrick

MJG/ml
CC: Phillip Mellet, Esquire




WILMINGTON DE 197
23 MAY 2006 PM 3 L

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAY 24 PM 2: 53

U.S.M.S.
X-RAY

The Honorable Gregory M. Sleet
U.S. District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

MAY 2 4 2006

Michael J. Goodrick, P.A.
18-B Trolley Square
P.O. Box 134
Wilmington, DE 19899