**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

August 1, 2006

TO:     Counsel

RE:     Nyselius v. Wyeth Pharmaceuticals, et al.
        Civil Action No. 05-814 GMS

Dear Counsel:

      Pursuant to counsel's letter to Judge Sleet dated May 23, 2006, please file either a stipulation of dismissal or a joint status report, via electronic case filing, no later than August 15, 2006.

      Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet