IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER NYSELIUS,<br><br>                 Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC. and<br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>                 Defendants. | CIVIL ACTION<br><br>NO. 1:05-cv-00814-GMS |

## STIPULATION OF DISMISSAL

Plaintiff Jennifer Nyselius and Defendants Wyeth Pharmaceuticals, Inc. and Metropolitan Life Insurance Company, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims of Plaintiff against Defendants are dismissed WITH PREJUDICE and with each party to bear its own costs and attorneys' fees. There are no remaining claims by any party, and thus, this matter is closed.

Dated: August 14, 2006

| | |
|---|---|
| MICHAEL J. GOODRICK, P.A. | PEPPER HAMILTON LLP |
| | |
| /s/ Michael J. Goodrick | /s/ Phillip Mellet |
| Michael J. Goodrick (DE No. 170) | Phillip Mellet (DE No. 4741) |
| 18-B Trolley Square | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19806 | 1313 Market Street |
| (302) 778-5360 | Wilmington, DE 19899-1709 |
| | (302) 777-6500 |
| *Counsel for Plaintiff*<br>*Jennifer Nyselius* | *Counsel for Defendants*<br>*Wyeth Pharmaceuticals, Inc. and*<br>*Metropolitan Life Insurance Company* |

WL: #192829 v1 (44SD01!.DOC)